```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 19023
   GEORGE W BREFELD JR
   DIANE M BREFELD                             CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR
          Debtor
   SSN XXX-XX-3213     SSN XXX-XX-4862
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/12/05 and confirmed on 07/08/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  18208.84 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 3010.66 | .00 | 3010.66 |
| HSBC | CURRENT MORTG | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 5280.92 | .00 | 5280.92 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| APRIA HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CONSOLIDATED PATHOLOGIC | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS LENDING | UNSECURED | NOT FILED | .00 | .00 |
| JAMES B KOWALCZYK | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S CERALD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | 528.03 | .00 | 528.03 |
| NORTHEAST RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS RADIOL | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN LAKE MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ROLLINS FAMILY DENTAL CT | UNSECURED | NOT FILED | .00 | .00 |
| SAFFRIN & KHAN MD | UNSECURED | NOT FILED | .00 | .00 |
| VERNON HILLS PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |

```
VISTA MEDICAL CENTER EAS  UNSECURED      2661.05            .00       2661.05
VISTA HOSPITAL            UNSECURED     NOT FILED           .00           .00
WELLS FARGO FINANCIAL AC  SECURED        2907.56         150.26       2907.56
GREATER ROUND LAKE FIRE   UNSECURED       499.00            .00        499.00
       Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED    PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  11199.14         .00      3688.08         .00      14887.22
PRINCIPAL PAID      11199.14         .00      3688.08         .00      14887.22
INTEREST PAID         150.26         .00          .00         .00        150.26
TOTAL PAID          11349.40         .00      3688.08         .00      15037.48
```

The Debtor's attorney, SHAW & FOLEY LLC                , was allowed $   2700.00
and was paid $    892.00   direct and $   1808.00   through the plan.

The Trustee received $     707.95 .

Refunds to the Debtor totaled $    655.41 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/08/08                 /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE